**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC CONRAD GULBRONSON, | No. 2:15-cv-0520-CMK-P |
|     Petitioner, | |
|  vs. | ORDER |
| KAMALA D. HARRIS, | |
|     Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action. On May 4, 2016, the court dismissed petitioner's petition and directed petitioner to file an amended petition within 30 days. Petitioner was warned that failure to file an amended petition may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. To date, petitioner has not complied.

Petitioner shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to file an amended petition. Petitioner is again warned that failure to respond to this order may result in dismissal of the action for the

reasons outlined above, as well as for failure to prosecute and comply with court rules and orders. See id.

IT IS SO ORDERED.

DATED: August 1, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE